NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POZEN INC.,**
*Plaintiff-Appellee,*

v.

**PAR PHARMACEUTICAL, INC.,**
*Defendant-Appellant,*

AND

**DR. REDDY'S LABORATORIES, INC.,**
*Defendant-Appellant,*

AND

***ALPHAPHARM PTY. LTD.,***
*Defendant-Appellant.*

---

2011-1584, -1585, -1586

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case nos. 08-CV-0437, 09-CV-0003, and 09-CV-0182, Judge Leonard Davis.

---

ON MOTION

---

Before REYNA, *Circuit Judge.*

# ORDER

Pozen Inc. ("Pozen") moves for leave to exceed the word limit requirements set forth in Federal Rule of Appellate Procedure 32(a)(7)(B) for its Principal Brief by 906 words or, in the alternative, for permission to file a Corrected Principal Brief to comply with the word limit requirements as set forth in Rule 32(a)(7)(B). Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's) partially opposes, requesting the motion for leave to exceed the word limit be granted and the motion for permission to file a Corrected Principal Brief be denied. Par Pharma Pharmaceutical, Inc. and Alphapharm PTY Ltd. also partially oppose. Pozen replies, in which it states that it is willing to pay for the printing costs associated with Par Pharmaceutical, Inc.'s, Alphapharm Pty. Ltd.'s, and Dr. Reddy's Laboratories, Inc.'s corrected reply briefs should we grant Pozen's motion to file a Corrected Principal Brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Pozen Inc.'s motion for leave to exceed the word limit is denied.

(2)  Pozen Inc. is ordered to file the proposed Corrected Principal Brief attached as Exhibit A to its motion, as its Corrected Principal Brief within 7 days of receiving this order.

(3)  Dr. Reddy's, Par Pharma Pharmaceutical, Inc. and Alphapharm PTY Ltd. are ordered to file Corrected Reply Briefs within 14 days of receipt of Pozen Inc.'s Corrected Principal Brief.

(4)  The printing costs associated with filing the Corrected Reply Briefs are taxed to Pozen Inc.

FOR THE COURT

FEB 2 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas J. Parker, Esq.
      Paul H. Kochanski, Esq.
      Richard J. Berman, Esq.
      Stephen M. Hash, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 9 2012

JAN HORBALY
CLERK